## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Law Offices of Joel Schwartz** <br> Joel Schwartz, Esquire <br> 222 New Road, Suite 402 <br> Linwood, New Jersey 08221 <br> (609 ) 677-9454 <br> (609) 677-9455 <br> Attorney for Debtor | Chapter 13 <br><br> Case No.: 17-12922 <br><br> Hearing Date: <br><br> Judge:  Andrew B. Altenburg, Jr. |
| In Re: <br><br>     SONIA MICHELLE MUHAMMAD | **CERTIFICATE OF SERVICE** |

    I, Joel Schwartz, Esquire, do hereby certify that on the 10TH day of April, 2017, all interested parties were put on notice via electronically, of the First Modified Chapter 13 Plan - Before Confirmation.

Dated:  April 11, 2017                                            /s/ Joel Schwartz

                                                                                            Joel Schwartz, Esquire