


## Subject Property Location

| | | |
|---|---|---|
| **Property Address** | 317 MALLARD CT | |
| **City, State & Zip** | PLEASANTVILLE, NJ 08232 | |
| **County** | ATLANTIC COUNTY | **Property Use**: Single Family Residential |
| **Mailing Address** | 317 MALLARD CT, PLEASANTVILLE, NJ 08232-1253 | **Parcel Number**: 19 00403-0000-00020 |

Report Date: 05/23/2017
Order ID: R1018818

## Valuation Results

| | | | | | |
|---|---|---|---|---|---|
| **Estimated Current Value** | As of 05/23/2017 | | | $106,000 | |
| **Forecast Standard Deviation** | 31 | **Confidence Score** | 69 | **Confidence Level** | Low |
| **Estimated Value Range** | $73,140 - $138,860 | | | | |

## Ownership Information

| | | | |
|---|---|---|---|
| **Owner Name(s)** | MUHAMMAD, SONIA M | **Sale Date** | |
| | | **Recording Date** | |
| **Sales Price** | | **Recorder Doc #** | |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms | | Year Built | 2000 | Living Area (SF) | 918 |
| Bathrooms | | Garage | | Price ($/SF) | |
| Partial Bathrooms | | No. of Cars | | Lot Size (SF/AC) | 8,398/.19 |
| Total Rooms | | No. of Stories | 1.5 Story | Fireplace | |
| Type Construction | Frame | No. of Units | 1 | Pool | |
| Ext Walls | | No. of Buildings | | Heating | |
| Roof Cover | | Basement | | A/C | |
| Foundation | | Style | | Elevator | |
| Property Use | Single Family Residential | | | Zoning | R-50 |

## Assessment & Taxes

| | | | | | |
|---|---|---|---|---|---|
| Assessment Year | 2016 | Tax Year | 2015 | Tax Exemption | |
| Total Taxable Value | $143,500 | Tax Amount | $5,492 | Tax Rate Area | |
| Land Value | $44,100 | Tax Account ID | | | |
| Improvement Value | $99,400 | Tax Status | | | |
| Improvement Ratio | 69.27% | Delinquent Tax Year | | | |
| Total Value | | | | Market Improvement Value | |
| Market Land Value | | | | Market Value Year | |

## Neighborhood Alerts

6/23/2015 - New Jersey Severe Storm  1/22/2016 - Severe Ice Storm

## Comparables Sales

| # | Prox. | Address | Sale Date | Price | $/SF | Sq Ft | RM/Br/Bth | Year Built | Lot Area | Stories | Land Use |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.05 | 332 MALLARD CT PLEASANTVILLE, NJ 08232 | 04/10/2017 | $136,000 | $148/SF | 918 | | 2000 | 6,900 | 0 | |
| 2 | 0.26 | 1020 N NEW RD PLEASANTVILLE, NJ 08232 | 12/09/2016 | $36,874 | $42/SF | 874 | | 1956 | 8,237 | 0 | |
| 3 | 0.17 | 1047 KLINE AVE PLEASANTVILLE, NJ 08232 | 05/10/2016 | $65,000 | $74/SF | 874 | | 1956 | 8,581 | 0 | |



S Subject    Retail Sales    REO Sales

## Price Trends



## Market Activity





## Glossary

### Forecast Standard Deviation - FSD
FSD is a probability factor that the accuracy of the automated valuation of a property is within the range of actual market values for like properties recently sold in the area. FSD is expressed as a whole number and ranges from 1 - 100. The lower the FSD number, the smaller the error in predicting actual market value.

### Confidence Score
Confidence Score is a statistically calculated assurance of the accuracy of a property's estimated value provided by the BKFS AVM or Automated Valuation Model using analytics and market comparable sales data. The highest confidence score is 100 ranging downwards (lesser confidence in the accuracy of the estimated value) to about 65.

### Confidence Level
A high confidence level or a high level of assurance that the property's estimated value is accurate falls between 100 - 90. Medium confidence level, 89 - 80. Lowest confidence level 79 and less.

### Estimated Value Range
The possible high and low value for subject property based on marketing factors such as condition and location of the subject property.

### Comparable Sales
Data from recent sales transactions are fed into the analytical models to generate a value estimate for subject property. The sales transactions presented are only a sub set of the total transactions considered by the multiple valuation methodologies utilized to derived a single value conclusion.

### Data Sources
Primary data sources are Black Knight public records (Transaction deed / mortgage / Default data) and MLS data.
Black Knight Data & Analytics' industry leading, comprehensive residential property data is the most current and accurate data available. Our data helps businesses and government agencies make critical decisions, identify at-risk mortgage loans, improve business performance, develop highly targeted marketing campaigns and much more.

We made a significant capital investment to expand our data - increasing its depth, coverage and currency - to create the industry leading U.S. property database. Our data covers 99.9% of U.S. property records from more than 3,000 counties, and includes:

- Nearly 500 million records on residential properties
- More than 200 data fields per record
- The most comprehensive datasets from tax assessor, deed, mortgage, pre-foreclosure, foreclosure, assignments and releases records

## Disclaimer
**VALUES ARE PROVIDED "AS IS" AND ALL USES ARE AT THE USER'S SOLE RISK. ALL WARRANTIES CONCERNING THE VALUES AND ALL UNDERLYING DATA AND PROCESSES BOTH EXPRESS AND IMPLIED ARE EXPRESSLY EXCLUDED INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, OR FITNESS FOR A PARTICULAR PURPOSE.** This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property. The information contained in reports may not be resold, redistributed or repurposed without the provider's prior written consent. Reports contain no representations, opinions or warranties regarding the subject property's marketability, condition (structural or otherwise), environmental status or flood zone status.

## Copyright
TM SM ® Trademark(s) of Black Knight IP Holding Company, LLC, or an affiliate. © 2017 Black Knight Financial Technology Solutions, LLC. All Rights Reserved.