# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Law Offices of Joel Schwartz**<br>Joel Schwartz, Esquire<br>222 New Road, Suite 402<br>Linwood, New Jersey 08221<br>(609 ) 677-9454<br>(609) 677-9455<br>Attorney for Debtor | Chapter 13<br><br>Case No.: 17-12922<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |
| In Re:<br><br>    **SONIA MICHELLE MUHAMMAD** | **CERTIFICATE OF SERVICE** |

I, Joel Schwartz, Esquire, do hereby certify that on the 11th day of December, 2017, all interested parties were put on notice via electronically, of the Second Modified Chapter 13 Plan - Before Confirmation.

Dated: December 19, 2017

/s/ Joel Schwartz
Joel Schwartz, Esquire