# IN THE UNITED STATES BANKRUPTCY
## FOR THE DISTRICT OF NEW JERSEY

IN RE: )
)  
**SONIA MICHELLE MUHAMMAD, Debtor**. )   CHAPTER 13
) CASE NO. 17-12922

Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

### ORDER OF APPROVAL TO PARTICIPATE IN THE LOSS MITIGATION PROGRAM

---

**DATED: January 23, 2018**

Dated:

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Honorable Andrew B. Altenburg, Jr.

A motion for the Courts approval to participate in the Loss Mitigation program was filed by the Debtor on December 19, 2017.

Property:        317 Mallard Court, Pleasantville, New Jersey 08232

Creditor:        Specialized Loan Servicing, LLC

**ORDERED** that the parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further **ORDERED** that:

1. Within 14 days of the date of this Order, the Creditor shall ensure that it is registered on the Loss Mitigation Portal and that all of its initial Loss Mitigation document requirements are available on the Portal.
2. Within 35 days of the date of this Order, the Debtor shall upload and submit through the Loss Mitigation Portal a completed Creditor's Initial Package.
3. Within 10 business days of the Debtor's submission of the Creditor's Initial Package, the Creditor shall acknowledge receipt of same and designate the single point of contract for Debtor's review.