| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Joel Schwartz<br>Joel Schwartz, Esquire<br>222 New Road, Suite 402<br>Linwood, New Jersey 08221<br>(609) 677-9454<br><br>In Re:<br>SONIA MICHELLE MUHAMMAD | Case No.: 17-12922<br>Chapter: 13<br>Adv. No.:<br>Hearing Date:<br>Judge: Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, __Joel Schwartz, Esquire__ :

   ☒ represent __Sonia Michelle Muhammad__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 26, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Chapter 13 plan and motions and Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07/26/2018          /s/ Joel Schwartz
                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa, Esquire<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  electronic filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Malloy, Esquire<br>2 North Maple Avenue<br>Marlton, New Jersey 08053 | Counsel for South Jersey Federal Credit Union | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  electronic filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 | Mortgage company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*