Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900  
**Case Number: 17-12922 (ABA)**

Sonia M. Muhammad  
317 Mallard Court  
Pleasantville, NJ  08232

Monthly Payment: $256.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | SONIA M. MUHAMMAD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL LEE SCHWARTZ, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $2,500.00 |
| 1 | SOUTH JERSEY F.C.U. | 24 | $21,556.59 | $2,157.62 | $19,398.97 | $1,922.61 |
| 2 | SPECIALIZED LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JOEL LEE SCHWARTZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 03/01/2017 | 17.00 | $0.00 |
| 08/01/2018 | Paid to Date | $4,608.00 |
| 09/01/2018 | 39.00 | $256.00 |
| 12/01/2021 | 1.00 | $13,208.76 |
| 01/01/2022 | 2.00 | $256.00 |
| 03/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $4,953.61 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $256.00 |
| Attorney: | JOEL LEE SCHWARTZ, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**