Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-12922 (ABA)**

Sonia M. Muhammad  
317 Mallard Court  
Pleasantville, NJ  08232

Monthly Payment: $256.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2019 | $256.00 | 03/06/2019 | $256.00 | 03/25/2019 | $256.00 | 05/03/2019 | $256.00 |
| 06/14/2019 | $256.00 | 07/15/2019 | $256.00 | 08/12/2019 | $256.00 | 09/20/2019 | $256.00 |
| 10/21/2019 | $256.00 | 11/18/2019 | $256.00 | 12/16/2019 | $256.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SONIA M. MUHAMMAD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL LEE SCHWARTZ, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | SOUTH JERSEY F.C.U. | 24 | $21,556.59 | $4,745.79 | $16,810.80 | $2,587.15 |
| 2 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JOEL LEE SCHWARTZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2017 | 17.00 | $0.00 |
| 08/01/2018 | Paid to Date | $4,608.00 |
| 09/01/2018 | 39.00 | $256.00 |
| 12/01/2021 | 1.00 | $13,208.76 |
| 01/01/2022 | 2.00 | $256.00 |
| 03/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,816.00 |
| Total paid to creditors this period: | $2,587.15 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $512.00 |
| Attorney: | JOEL LEE SCHWARTZ, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**