Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12922−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonia Michelle Muhammad
   317 Mallard Court
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−9338

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 14, 2018.

On 2/24/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            April 14, 2021
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 25, 2021
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sonia Michelle Muhammad  
    Debtor

Case No. 17-12922-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 25, 2021      Form ID: 185      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonia Michelle Muhammad, 317 Mallard Court, Pleasantville, NJ 08232-1253 |
| cr | + | Federal Home Loan Mortgage Corporation, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Federal Home Loan Mortgage Corporation,, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519050708 | + | RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 516670466 | + | South Jersey Federal Credit Union, Robert J. Malloy, ESQ., P.C., 2 North Maple Avenue, Marlton, NJ 08053-3008 |
| 516680553 | | Specialized Loan Servicing LLC, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 516669408 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517514266 | + | Specialized Loan Servicing LLC c/o, Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 517514265 | | Specialized Loan Servicing, LLC, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516646994 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highland Ranch, CO 80129-2386 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Feb 25 2021 20:43:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 518305363 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 25 2021 20:43:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250., Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518305362 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 25 2021 20:43:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516646993 | + | Email/Text: courts@southjerseyfcu.com | Feb 25 2021 20:43:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 516682868 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 21:48:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 25, 2021 | Form ID: 185 | Total Noticed: 17

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Federal Home Loan Mortgage Corporation hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Joel Lee Schwartz | on behalf of Debtor Sonia Michelle Muhammad esqinac@aol.com stacygreen7@aol.com |
| John F Newman | on behalf of Creditor South Jersey Federal Credit Union courts@southjerseyfcu.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10