Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 17-12922 (ABA)

Sonia M. Muhammad  
317 Mallard Court  
Pleasantville, NJ  08232

Monthly Payment: $110.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2022 | $220.00 | 03/15/2022 | $330.00 | 06/07/2022 | $110.00 | 07/19/2022 | $220.00 |
| 08/30/2022 | $110.00 | 11/09/2022 | $220.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SONIA M. MUHAMMAD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL LEE SCHWARTZ, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | FIRST HARVEST CREDIT UNION | 24 | $10,800.00 | $9,588.32 | $1,211.68 | $1,275.08 |
| 2 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JOEL LEE SCHWARTZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2017 | 48.00 | $0.00 |
| 03/01/2021 | Paid to Date | $11,740.00 |
| 04/01/2021 | 35.00 | $110.00 |
| 03/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,210.00 |
| Total paid to creditors this period: | $1,275.08 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $330.00 |
| Attorney: | JOEL LEE SCHWARTZ, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**