| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sonia Michelle Muhammad<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9338<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17-12922-ABA | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sonia Michelle Muhammad

5/30/24                                                          **By the court:** Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12922-ABA |
| Sonia Michelle Muhammad | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: 3180W | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonia Michelle Muhammad, 317 Mallard Court, Pleasantville, NJ 08232-1253 |
| 516670466 | + | South Jersey Federal Credit Union, Robert J. Malloy, ESQ., P.C., 2 North Maple Avenue, Marlton, NJ 08053-3008 |
| 517514265 | | Specialized Loan Servicing, LLC, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516682868 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 30 2024 20:46:00 | Federal Home Loan Mortgage Corporation, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | May 30 2024 20:46:00 | Federal Home Loan Mortgage Corporation,, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: courts@firstharvestcu.com | May 30 2024 20:47:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | Email/Text: courts@southjerseyfcu.com | May 30 2024 20:47:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519050708 | + | Email/Text: RASEBN@raslg.com | May 30 2024 20:46:00 | RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 518305363 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2024 20:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250., Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518305362 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2024 20:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516646993 | + | Email/Text: courts@southjerseyfcu.com | May 30 2024 20:47:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 516669408 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 30 2024 20:46:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

Case 17-12922-ABA    Doc 90    Filed 06/01/24    Entered 06/02/24 00:13:31    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 3180W | Total Noticed: 17 |

| 517514266 | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | | |
|---|---|---|---|---|
| | | | May 30 2024 20:46:00 | Specialized Loan Servicing LLC c/o, Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 516646994 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 30 2024 20:46:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highland Ranch, CO 80129-2386 |
| 516682868 | ^ | MEBN | | |
| | | | May 30 2024 21:14:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516680553 | ##+ | Specialized Loan Servicing LLC, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Charles G. Wohlrab | on behalf of Creditor Federal Home Loan Mortgage Corporation bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Federal Home Loan Mortgage Corporation hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Joel Schwartz | on behalf of Debtor Sonia Michelle Muhammad esqinac@aol.com stacygreen7@aol.com |
| John F Newman | on behalf of Creditor South Jersey Federal Credit Union courts@firstharvestcu.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: 3180W | Total Noticed: 17 |

Kimberly A. Wilson
   on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com

Robert J. Malloy
   on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

Robert P. Saltzman
   on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sindi Mncina
   on behalf of Creditor Federal Home Loan Mortgage Corporation  smncina@raslg.com

Sindi Mncina
   on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15